# United States District Court
EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA**
            Plaintiff,
   v.                                      Case No. **21-cr-5**

**JOHN D. WHELAN AND TINA MONTEZON**
            Defendants.

---

PLEASE TAKE NOTICE that the above-entitled case is scheduled for:

## Initial Appearance / Arraignment and Plea

via **Zoom video conference** on **January 29, 2021** at **1:30 PM**
*Zoom connection information to be provided one day prior*

before **Hon. Magistrate Judge William E. Duffin**

Date: January 8, 2021                      GINA M. COLLETTI
                                                  Clerk of Court

                                           BY: s/ Linda M. Zik
                                                  Deputy Clerk
                                                  (414) 297-3964

<u>Counsel</u>
Michael G. Penkwitz
(counsel for John D. Whelan)

Jonathan C. Smith
(counsel for Tina Montezon)                  ☑ AUSAs Julie F. Stewart and
                                                                Kevin C. Knight

<u>Defendants</u>
John D. Whelan                                    ☑ U.S. Marshal
Tina Montezon

                                                       ☑ Pretrial Services

Defendants advised of hearing through
their attorneys

Defendants to contact Pretrial Services
(see attached Pretrial Services Letter and Instructions)
Defendants to report to U.S. Marshal