# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**COURT MINUTES AND ORDER**

UNITED STATES OF AMERICA

v.                  COUNSEL-ONLY STATUS CONFERENCE

**JOHN D WHELAN (1)**          Case No. 21-cr-0005-bhl
**TINA MONTEZON (2)**

HONORABLE BRETT H. LUDWIG presiding      Time Called: 9:31 a.m.
Proceeding Held: 10/19/2021      Time Concluded: 9:43 a.m.
Deputy Clerk: Melissa P.      Audio at Docket No.: 32

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Kevin C Knight |
| JOHN D WHELAN by: | Ronald W Chapman, II |
| TINA MONTEZON by: | Jonathan C Smith |

The parties updated the Court on the status of the case. Counsel for the government reported that it has turned over all discovery and is working with defense counsel to ensure they are able to view it. Defendant Montezon joined in Defendant Whelan's motion to continue the trial date (ECF No. 30). The government did not oppose the motion. Accordingly,

IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Continue Trial Date and Extend Pretrial Deadlines (ECF No. 30) is granted. A Final Pretrial will be held on April 14, 2022, at 9:00 a.m., by telephone. To appear, counsel must call the Court conference line at 1-866-434-5269 and enter access code 1737450# before the scheduled hearing time. An 8-day trial will commence on April 25, 2022, at the U.S. Courthouse, 517 East Wisconsin Avenue, Milwaukee. The Court will issue a separate Pretrial Order.

IT IS FURTHER ORDERED that, with the consent of the defendants and in the interests of justice, the period of time between 10/19/2021 and 4/25/2022 is deemed excludable under the Speedy Trial Act.

Dated at Milwaukee, Wisconsin on October 19, 2021.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge