# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **COUNSEL-ONLY STATUS CONFERENCE** |
| v. | Case No. 21-cr-0005-bhl |
| **JOHN D WHELAN (1)** | |
| **TINA MONTEZON (2)** | |

| | |
|---|---|
| HONORABLE BRETT H. LUDWIG presiding | Time Called: 11:02 a.m. |
| Proceeding Held: 12/13/2021 | Time Concluded: 11:11 a.m. |
| Deputy Clerk: Melissa P. | Audio at Docket No.: 38 |

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Julie F Stewart and Kevin C Knight |
| JOHN D WHELAN by: | Ronald W Chapman, II |
| TINA MONTEZON by: | Jonathan C Smith |

The parties updated the Court on the status of the case. Counsel for the government reported that the government is in the process of retaining a new expert witness in the event its original expert is unable to testify at trial. Counsel for Defendant Whelan reported the defendant intends to retain his own rebuttal expert witness. While the currently scheduled trial date is still viable, the parties asked the Court to hold another status conference next month.

The Court continued the counsel-only status conference to **January 28, 2022 at 9:15 a.m.** by telephone. To appear, counsel must call the Court conference line at 1-866-434-5269 and enter access code 1737450# before the scheduled hearing time.