# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

### COURT MINUTES AND ORDER

UNITED STATES OF AMERICA

v.                                          **COUNSEL-ONLY STATUS CONFERENCE**

**JOHN D WHELAN (1)**                        Case No. 21-cr-0005-bhl
**TINA MONTEZON (2)**

---

HONORABLE BRETT H. LUDWIG presiding          Time Called: 2:01 p.m.
Proceeding Held: 6/16/2022                   Time Concluded: 2:15 p.m.
Deputy Clerk: Julie D.                       Audio at Docket No.: 60

**Appearances:**

UNITED STATES OF AMERICA by:          Julie F Stewart and Kevin C Knight

JOHN D WHELAN by:                     Meggan Sullivan

TINA MONTEZON by:                     Jonathan C Smith

---

The parties updated the Court on the status of the case and asked the Court to schedule a trial. Defense counsel confirmed that the deadline for disclosure of a defense expert has passed and neither defendant will be calling an expert.

A Final Pretrial will be held on February 17, 2023 at 8:30 a.m. at the U.S. Courthouse, 517 East Wisconsin Avenue, Milwaukee. An 8-day trial will commence on February 27, 2023 (to be held February 27-March 3 & March 6-8), at the U.S. Courthouse, 517 East Wisconsin Avenue, Milwaukee. The Court will issue a separate Amended Pretrial Order.

The Court made a finding under the Speedy Trial Act. The period of time from 6/16/2022 until 2/27/2023 is deemed excludable.