IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO.: 21-cr-0005 |
| | ) | |
| JOHN D. WHELAN, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION TO EXCUSE ATTORNEY PRESENCE OR IN THE ALTERNATIVE TO RESET STATUS CONFERENCE FOR NOVEMBER 29, 2022

COMES NOW, Defendant John Whelan, M.D., by and through, the undersigned counsel, Ronald Chapman II, and hereby files this Motion to Excuse Defendant's counsel from the Status Conference set to take place on November 29, 2022, and in support of this motion states as follows:

1. Mr. Chapman is currently in trial on the matter of *United States v. Pompy*, Case No. 2:18-cr-20454 in the Eastern District of Michigan, Detroit Division, which began on November 22, 2022.

2. Attorney Meggan B. Sullivan (Tennessee Bar Number 033067) seeks permission to appear on behalf of Dr. Whelan for the Status Conference. We have recently secured funding, and she intends on filing for admission to the Eastern District of Wisconsin and filing a notice of appearance in this matter.

3. Ms. Sullivan has access to Mr. Chapman's calendar and can set this matter for trial at the status conference.

4. Contact with Government was attempted but Defense has not heard back at the time of this filing.

Respectfully Submitted,
CHAPMAN LAW GROUP

Dated: November 28, 2022

*/s/ Ronald W. Chapman II*
Ronald W. Chapman II, Esq., LL.M. (MI Bar P73179)
*Counsel for Defendant Whelan*
1441 West Long Lake Road, Ste 310
Troy, MI 48098
T: (248) 644-6326/F: (248) 644-6324
RWChapman@ChapmanLawGroup.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the Defendant's Motion was filed and sent to Julie F. Stewart and Kevin Knight, Assistant United States Attorney, Office of the U.S. Attorney for Eastern District of Wisconsin, via the Court's CM/ECF system on November 28, 2022.

*/s/ Ronald W. Chapman, II*
Ronald W. Chapman II, Esq., LL.M.
Michigan Bar No. P3179
*Counsel for Defendant Whelan*
RWChapman@ChapmanLawGroup.com