| From: | Ronald Chapman II |
|---|---|
| To: | Knight, Kevin (USAWIE); Meggan B. Sullivan |
| Cc: | Stewart, Julie (USAWIE); Stephanie Angelo |
| Subject: | [EXTERNAL] RE: Whelan |
| Date: | Monday, November 21, 2022 10:12:48 AM |
| Attachments: | image001.png |
| | image006.png |
| | image003.png |
| | image004.png |

Kevin,

We do not object to either request. Also, I'm headed into a 4 week long jury trial. I'm going to ask for time to handle the status conference but if the judge refuses – Meggan will appear in my absence.

**RONALD W. CHAPMAN II LL.M.** | Shareholder, Chair-White Collar Defense & Government Investigations

1441 West Long Lake Rd., Ste. 310, Troy, MI 48098
Phone: (248) 644-6326
Mobile: (248) 259-2995
Email: rwchapman@chapmanlawgroup.com
Web: www.chapmanlawgroup.com

Author of: *"Unraveling Federal Criminal Investigations"* | Read Now



This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify us at (248) 644-6326.

**From:** Knight, Kevin (USAWIE) <Kevin.Knight@usdoj.gov>
**Sent:** Thursday, November 17, 2022 9:21 PM
**To:** Ronald Chapman II <rwchapman@chapmanlawgroup.com>; Meggan B. Sullivan <msullivan@chapmanlawgroup.com>
**Cc:** Stewart, Julie (USAWIE) <Julie.Stewart@usdoj.gov>; Stephanie Angelo <sangelo@chapmanlawgroup.com>
**Subject:** Whelan

Counsel,

I wanted to reach out in advance of the status on 11/29.

As we say in our motion/response, we believe Dr. Whelan should sit for a combined competency/sanity evaluation by a BOP psychiatrist and then the Court should hold a competency hearing.

EXHIBIT 1

To make sure we've met-and-conferred to the Court's satisfaction, may I ask (i) will you folks be objecting to either; and (ii) if so, on what basis?

Thanks.

Kevin Knight
Assistant United States Attorney
Eastern District of Wisconsin
414.297.1083

---

**From:** Knight, Kevin (USAWIE)
**Sent:** Monday, October 31, 2022 12:15 PM
**To:** Ronald Chapman II <rwchapman@chapmanlawgroup.com>; Meggan B. Sullivan <msullivan@chapmanlawgroup.com>
**Cc:** Stewart, Julie (USAWIE) <JStewart@usa.doj.gov>; Stephanie Angelo <sangelo@chapmanlawgroup.com>
**Subject:** RE: Whelan

Morning counsel,

I wanted to follow up on two issues in Whelan. More specifically:

- Do you intend to file your notice today? If not, we'll get a motion for competency evaluation/status conference on file.
- Have you received the money earmarked for return? If so, please withdraw your administrative claims to the same. An email to DEA counsel ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ noting that your claims are withdrawn should suffice.

Thanks.

Kevin Knight
Assistant United States Attorney
Eastern District of Wisconsin
414.297.1083

---

**From:** Ronald Chapman II <rwchapman@chapmanlawgroup.com>
**Sent:** Wednesday, October 26, 2022 3:57 PM
**To:** Knight, Kevin (USAWIE) <KKnight@usa.doj.gov>; Meggan B. Sullivan <msullivan@chapmanlawgroup.com>
**Cc:** Stewart, Julie (USAWIE) <JStewart@usa.doj.gov>; Stephanie Angelo <sangelo@chapmanlawgroup.com>
**Subject:** [EXTERNAL] RE: Whelan

Hi Kevin,

Our letter was intended to comply with 12.2(a) and (b) which requires that we notify the government in writing of our intent to raise Dr. Whelan's capacity and/or offer testimony related to the Defendant's mental condition and open up a dialogue about the issue. We will move forward and file a notice with the Court. I am available later in the week next week for a hearing, although phone is preferable given that I am preparing for a trial starting soon.

**RONALD W. CHAPMAN II LL.M.** | Shareholder, Chair-White Collar Defense & Government Investigations

1441 West Long Lake Rd., Ste. 310, Troy, MI 48098
Phone: (248) 644-6326
Mobile: (248) 259-2995
Email: rwchapman@chapmanlawgroup.com
Web: www.chapmanlawgroup.com

Author of: *"Unraveling Federal Criminal Investigations"* | Read Now



This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify us at (248) 644-6326.

---

**From:** Knight, Kevin (USAWIE) <Kevin.Knight@usdoj.gov>
**Sent:** Wednesday, October 26, 2022 4:05 PM
**To:** Ronald Chapman II <rwchapman@chapmanlawgroup.com>; Meggan B. Sullivan <msullivan@chapmanlawgroup.com>
**Cc:** Stewart, Julie (USAWIE) <Julie.Stewart@usdoj.gov>; Stephanie Angelo <sangelo@chapmanlawgroup.com>
**Subject:** Whelan

Counsel,

Thanks for yesterday's letter. A few thoughts in response:

- By our lights, you folks should file a notice pursuant to FRCP 12.2. Do you intend to do that?
- Your letter does not mention Dr. Whelan's competency, though Dr. Shiener's report concludes Dr. Whelan is not competent. Do you folks intend to make a motion for a competency determination?
- I suspect, regardless of your answers to the questions above, we'll need to get before Judge Ludwig in relatively short order. What do your calendars look like over the next week?

We're also happy to jump on the phone if that's easier.

Thanks.

Kevin Knight
Assistant United States Attorney
Eastern District of Wisconsin
414.297.1083

---

**From:** Stephanie Angelo <sangelo@chapmanlawgroup.com>
**Sent:** Tuesday, October 25, 2022 12:22 PM
**To:** Stewart, Julie (USAWIE) <JStewart@usa.doj.gov>; Knight, Kevin (USAWIE) <KKnight@usa.doj.gov>
**Cc:** Ronald Chapman II <rwchapman@chapmanlawgroup.com>; Meggan B. Sullivan <msullivan@chapmanlawgroup.com>
**Subject:** [EXTERNAL] USA v. Whelan, et.al. (2:21-cr-00005-1)

Good Afternoon,

Please see the attached correspondence which relates to the above referenced case. If you should have any questions, please let us know.

Thank you,

**STEPHANIE ANGELO** | Legal Assistant | Paralegal

Assistant to Ronald Chapman II, Esq., and Matthew Pelcowitz, Esq.

1441 West Long Lake Rd., Ste. 310, Troy, MI 48098
Phone: (248) 644-6326
Email: sangelo@chapmanlawgroup.com
Web: www.chapmanlawgroup.com

Download our FREE GOVERNMENT HEALTHCARE INVESTIGATIONS GUIDE
and our FREE ULTIMATE HEALTHCARE COMPLIANCE GUIDE!



This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed  This communication may contain material protected by the attorney-client privilege  If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited  If you have received this email in error, please immediately notify us at (248) 644-6326.