| | |
|---|---|
| **From:** | Meggan B. Sullivan |
| **To:** | Knight, Kevin (USAWIE); Stephanie Angelo; Stewart, Julie (USAWIE) |
| **Cc:** | Ronald Chapman II |
| **Subject:** | [EXTERNAL] Re: USA v. Whelan, et.al. (2:21-cr-00005-BHL-1) |
| **Date:** | Monday, November 28, 2022 3:44:42 PM |
| **Attachments:** | image001.png |

Yes we need to move the trial date.

Also, is there a way we can agree on an evaluator and do this without taking him into custody?

**MEGGAN BESS SULLIVAN** | Of Counsel
White Collar Defense and Government Investigations

Based in Chapman Law Group's Nashville Branch
Phone: (615) 457-0449
Email: msullivan@chapmanlawgroup.com
Web: www.chapmanlawgroup.com

Download our FREE GOVERNMENT HEALTHCARE INVESTIGATIONS GUIDE!
and our FREE ULTIMATE HEALTHCARE COMPLIANCE GUIDE!



This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error please contact the sender at (248) 644-6326.

**From:** Knight, Kevin (USAWIE) <Kevin.Knight@usdoj.gov>
**Sent:** Monday, November 28, 2022 3:42:24 PM
**To:** Stephanie Angelo <sangelo@chapmanlawgroup.com>; Stewart, Julie (USAWIE) <Julie.Stewart@usdoj.gov>
**Cc:** Ronald Chapman II <rwchapman@chapmanlawgroup.com>; Meggan B. Sullivan <msullivan@chapmanlawgroup.com>
**Subject:** RE: USA v. Whelan, et.al. (2:21-cr-00005-BHL-1)

Hi,

Sorry for the delayed response; saw your filing hit the docket.

Ron had previously indicated that there was no defense objection to our requested competency eval by BOP/competency hearing. And I assume you folks agree that given those steps and recent backlog at the BOP, we need to move our trial date.

Please let me know if I have any of that wrong or you otherwise want to meet-and-confer before tomorrow.

Thanks.

Kevin Knight
Assistant United States Attorney
Eastern District of Wisconsin



EXHIBIT

2

414.297.1083

---

**From:** Stephanie Angelo <sangelo@chapmanlawgroup.com>
**Sent:** Monday, November 28, 2022 1:20 PM
**To:** Stewart, Julie (USAWIE) <JStewart@usa.doj.gov>; Knight, Kevin (USAWIE) <KKnight@usa.doj.gov>
**Cc:** Ronald Chapman II <rwchapman@chapmanlawgroup.com>; Meggan B. Sullivan <msullivan@chapmanlawgroup.com>
**Subject:** [EXTERNAL] USA v. Whelan, et.al. (2:21-cr-00005-BHL-1)

Good Afternoon,

My name is Stephanie, assistant to Mr. Chapman. We plan on filing a motion to excuse Ron for tomorrows status conference as he is currently in trial. In place, we are proposing Meggan handle the status conference. I am emailing you as a heads up and to ask if you oppose this motion? If you should have any questions, please let us know.

Thank you,

**STEPHANIE ANGELO** | Legal Assistant | Paralegal

Assistant to Ronald Chapman II, Esq., and Matthew Pelcowitz, Esq.

1441 West Long Lake Rd., Ste. 310, Troy, MI 48098
Phone: (248) 644-6326
Email: sangelo@chapmanlawgroup.com
Web: www.chapmanlawgroup.com

Download our FREE GOVERNMENT HEALTHCARE INVESTIGATIONS GUIDE
and our FREE ULTIMATE HEALTHCARE COMPLIANCE GUIDE!



This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify us at (248) 644-6326.