IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 2:21-cr-00005

v.

Hon. Brett H. Ludwig

JOHN D. WHELAN,

    Defendant.

---

## NOTICE OF APPEARANCE

NOW COMES the law firm of CHAPMAN LAW GROUP, by and through MEGGAN SULLIVAN, and hereby submits this notice of appearance as counsel of behalf of the Defendant, JOHN D. WHELAN, in the above-captioned matter.

Respectfully Submitted,
CHAPMAN LAW GROUP

Dated: June 9, 2023

/s/*Meggan Sullivan*
Meggan B. Sullivan (033067)
*Counsel for Defendant Whelan*
1441 W. Long Lake Rd., Ste. 310
Troy, MI 48098
T: (248) 644-6326
F: (248) 644-6324
MSullivan@ChapmanLawGroup.com

## PROOF OF SERVICE

I hereby certify that on June 9, 2023, I presented the foregoing paper to the Clerk of the Court for filing and uploading to the ECF system, which will send notification of such filing to the attorneys of record listed herein and I hereby certify that I have mailed by US Postal Service the document to any involved non-participants.

/s/ *Meggan Sullivan*
Meggan B. Sullivan (033067)
*Counsel for Defendant Whelan*
MSullivan@ChapmanLawGroup.com