UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

   v.                               Case No. 21-CR-5 (BHL)

JOHN D. WHELAN,

        Defendant.

## JOINT STATUS REPORT

The United States of America, by and through its undersigned attorneys, and Defendant John D. Whelan, by and through his undersigned attorneys, hereby respectfully submit this Joint Status Report and state as follows:

1. The parties incorporate their previous status reports filed at ECF Nos. 81, 83, 85, 88.

2. The parties received Dr. Swanson's report on Tuesday, June 20, 2023.

3. On June 23, 2023, counsel for Dr. Whelan advised that they have no objections to the report.

4. Because the parties anticipate being able to move this case forward at the status conference set for Monday, June 26, 2023, the parties wanted to provide the Court with a copy of Dr. Swanson's report in advance of that hearing.

5. Dr. Swanson's report, to which the defense does not object, is attached hereto as Exhibit A, which the parties are separately moving to file under seal.

Dated at Milwaukee, Wisconsin, this 23rd day of June, 2023.

Respectfully submitted,

GREGORY J. HAANSTAD
United States Attorney

By:    *s/ Julie F. Stewart*
       Julie F. Stewart
       Kevin C. Knight
       Assistant United States Attorneys

&

JOHN D. WHELAN
Defendant

By:    *s/ Meggan B. Sullivan*
       Ronald Chapman II
       Meggan B. Sullivan
       Counsel for Defendant Whelan