# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

v.

**JOHN D. WHELAN**

**SENTENCING MINUTES**

Case No. 21-cr-0005-bhl-1

---

HONORABLE BRETT H. LUDWIG presiding
Proceeding Held: March 4, 2024
Deputy Clerk: Julie D.

Time Called: __9:45 a.m.__
Time Concluded: __10:44 a.m.__
Court Reporter: __J. Stake__

**Appearances:**

UNITED STATES OF AMERICA by:          Julie Stewart and Kevin Knight

JOHN D. WHELAN in person and by:      Meggan Sullivan

US PROBATION OFFICE by:               Daniel Dragolovich

---

☒ The parties have no objections to the factual statements in the PSR

☒ The parties have no objections to the application of the guidelines in the PSR

☒ The Court adopts the factual statements and guideline application as set forth in the PSR

---

☒ The government presents sentencing argument: 48 months
☒ Defendant exercises right of allocution.
☒ The government dismisses the remaining counts of the Indictment.

☒ The defendant presents sentencing argument: 15 months
☒ The Court imposes sentence.
☒ Defendant advised of appeal rights.

---

Defendant John Whelan's Motion for Extension of Time to File Defendant's Presentence Report Objections (ECF No. 143) is denied as moot.

**SENTENCE IMPOSED:** 48 months on Count One and 48 months on Count 14 to be served concurrently for a total sentence of 48 months

**SUPERVISED RELEASE:** three (3) years on Count One and three (3) years on Count Fourteen to run concurrently

## MONETARY PENALTIES

**Special Assessment:** $ 200.00_____     due immediately

**Fine:** $ _____     ☒ fine waived

**Restitution:** $ _____     ☐ determination deferred

## FORFEITURE

☒ All property forfeited upon conviction or by order of the Court shall be included in the criminal judgment.

## RECOMMENDATIONS

☒ The Court recommends the defendant's placement at FCI Mendota, Mendota, California.
☐ The Court recommends the defendant's participation in the Bureau of Prisons' 500-hour drug treatment program.
☐ Other: _____.

## CUSTODY

☐ The defendant is remanded to the custody of the U.S. Marshal Service for processing.
☒ The defendant is to voluntarily surrender at the institution designated by the Bureau of Prisons as notified by the U.S. Probation Office; ☒ on or after April 3, 2024.

## CONDITIONS OF SUPERVISED RELEASE/PROBATION

☒ The defendant does not object to the conditions of supervised release as set forth in the presentence investigation report.
☒ The defendant waives reading of the conditions of supervised release.

☒ **Mandatory Conditions of Supervision** imposed.

☒ The Court adopts the **Conditions of Supervision** set forth in the presentence investigation report without change.